IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DOUGLAS DELLINGER, | ) | |
| Plaintiff, | ) | Civil Action No. 7:15cv00233 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| HAROLD CLARKE, *et al.*, | ) | United States District Judge |
| Defendants. | ) | |

**ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that Dellinger's motion to amend (Docket No. 12) is GRANTED; Dellinger's motions to consolidate (Docket Nos. 13 and 16) are DENIED without prejudice; and defendants' motion for summary judgment (Docket No. 17) is GRANTED in part and DENIED in part.

The Clerk is directed to update the docket with the correct spelling of the name of one of the defendants from Mark Engieke to Mark Engelke and to provide a copy of this order and the memorandum opinion to all counsel of record and to Mr. Dellinger, plaintiff.

Entered: March 22, 2016.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge