IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DOUGLAS DELLINGER, | ) | |
| Plaintiff, | ) | Civil Action No. 7:15cv00233 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| HAROLD CLARKE, *et al.*, | ) | United States District Judge |
| Defendants. | ) | |

**ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that Dellinger's complaint is DISMISSED without prejudice; all pending motions are DISMISSED as moot; and the Clerk shall TERMINATE this action from the active docket of the court. The court notes that its dismissal of Dellinger's complaint is without prejudice to his opportunity to refile his claims in a separate civil action subject to the applicable limitations period.

The Clerk is directed to provide a copy of this order and the memorandum opinion to all counsel of record and to Mr. Dellinger, plaintiff.

Entered: July 13, 2016.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge